# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GILBERT LAW, | ) | 1:11cv01358 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO SUBMIT COMPLETE APPLICATION TO PROCEED IN FORMA PAUPERIS **OR** PAY FILING FEE |
| v. | ) | |
| GREGORY STEVEN MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff Carlos Gilbert Law, a prisoner proceeding pro se, filed the instant complaint on August 15, 2011. Plaintiff also submitted an application to proceed in forma pauperis. However, his application does not include the required original signature by an authorized officer of the institution of incarceration and does not include a certified copy of his trust account statement for the six-month period[1] immediately preceding the filing of the complaint.

    Accordingly, it is HEREBY ORDERED that:

    1.    The Clerk's Office shall send to Plaintiff the form for application to proceed in forma pauperis;

    2.    Within thirty (30) days from the date of service of this order, Plaintiff shall either pay the $350.00 filing fee in full or submit a completed application to proceed in forma pauperis;

---

[1] If Plaintiff has been incarcerated for less than six months, he must submit a trust account statement for the period of his incarceration.

1

1        3.      If Plaintiff files an application to proceed in forma pauperis, the section of the application entitled "Certificate" must be filled out and signed by a prison staff member and the application must include a certified copy of Plaintiff's trust account statement for the six-month period immediately preceding the filing of the complaint;

      4.      Plaintiff is warned that if he submits an incomplete application to proceed in forma pauperis or otherwise fails to comply with this order, this Court will recommend that this action be dismissed for failure to obey a court order.

IT IS SO ORDERED.

Dated: **August 17, 2011**             /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE