# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS GILBERT LAW, ) | 1:11cv01358 AWI DLB |
| ) | |
| ) | |
| Plaintiff, ) | ORDER DISMISSING ACTION |
| ) | AS DUPLICATIVE |
| v. ) | |
| ) | |
| GREGORY STEVEN MILLER, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ——————————————— ) | |

Plaintiff Carlos Gilbert Law ("Plaintiff"), a prisoner proceeding pro se, filed the instant action on August 15, 2011.  The action was opened as Case Number 1:11cv1358 AWI DLB.

Three days prior, however, on August 12, 2011, the same Complaint was used to open Case Number 1:11cv1339 LJO SKO.

As the actions are duplicative and Case Number 1:11cv1339 LJO SKO was opened first, the Court DISMISSES this action.  Plaintiff SHALL file all further documents in Case Number 1:11cv1339 LJO SKO.

IT IS SO ORDERED.

Dated:   __August 26, 2011__          _____/s/ **Dennis L. Beck**_____
                                    UNITED STATES MAGISTRATE JUDGE