IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CARLOS GILBERT LAW, | ) | 1:11-CV-1358 AWI DLB |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS |
| GREGORY STEVEN MILLER, | ) | |
| Defendants | ) | (Document #6) |
| | ) | |

On August 6, 2011, the court found this action duplicative and dismissed the action. On August 30, 2011, Plaintiff filed a motion to dismiss this action pursuant to Rule 41 of the Federal Rules of Civil Procedure.

An administrative review of the docket in this action reveals that Plaintiff's motion to dismiss has been deemed "pending". Even though the case was already dismissed pursuant to the August 6, 2011 order, the court finds that the August 30, 2011 motion should be granted to clarify any inconsistency on whether this action is dismissed.

Accordingly, the court ORDERS that Plaintiff's motion to dismiss is GRANTED under Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

Dated:   March 23, 2012

CHIEF UNITED STATES DISTRICT JUDGE